# Colley Township Overseers of the Poor *v.* Sullivan County, Appellant.

*Constitutional law—Poor law—Act of June 6, 1893, P. L. 328.*

The Act of June 6, 1893, P. L. 328, entitled " An act providing for the relief of needy, sick, injured and in case of death, burial, of indigent persons whose legal place of settlement is unknown," is unconstitutional.

Argued Feb. 10, 1903. Appeal, No. 15, Feb. T., 1903, by defendant, from order of C. P. Sullivan Co., May T., 1902, No. 88, overhauling demurrer to statement in case of Colley Township Overseers of the Poor v. Sullivan County. Before BEAVER, ORLADY, SMITH, W. D. PORTER and MORRISON, JJ. Reversed.

Demurrer to statement.

*E. J. Mullen,* for appellant.

No appearance entered nor paper-book filed for appellee.

PER CURIAM, March 12, 1903:

This was an action brought by the plaintiff township against the defendant, the county of Sullivan, to recover for moneys expended for the support of a certain sick, needy and indigent person and his minor son who had no settlement in the said township, under the provisions of the act of assembly of June 6, 1893, P. L. 328.

It is conceded by the appellee that it has no claim, unless the said act of assembly creates a valid one, and that, inasmuch as the said act is declared to be unconstitutional by the Supreme

Court in the case of Dailey v. Potter County, 203 Pa. 593, it is without remedy against the defendant.

A stipulation has been filed of record, in view of the decision aforesaid, agreeing that the judgment entered in this case may be reversed, which is accordingly done.

Judgment reversed.